POWLEY|GIBSON

March 27, 2026

**VIA ECF**

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:   *Catfish Picture Company, LLC v. Versant Media, LLC et al.*
              Civil Action No. 1:26-cv-02470-LAP

Dear Honorable Judge Preska:

We are the attorneys for Plaintiff Catfish Picture Company, LLC in the duly filed Civil Action No. 1:26-cv-02470-LAP. We respectfully submit this letter seeking permission to file a corrected Complaint in connection with the above-captioned matter.

Plaintiff commenced this action on March 25, 2026 by electronically filing a Complaint with Exhibits A through L. ECF Documents 1 through 1-12.

On March 26, 2026, Plaintiff received a deficiency notice from the ECF Clerk advising Plaintiff to refile the Complaint. On March 26, 2026, Rylan S. Brook, an associate at Powley & Gibson, p.c., on behalf of Plaintiff, refiled the Complaint but inadvertently neglected to file Exhibits A through L. ECF Document 7.

Subsequently, Plaintiff's counsel learned from Gladys at the Civil Case Openings unit for the Southern District of New York that Plaintiff must seek leave to file a corrected Complaint including the inadvertently omitted Exhibits.

Defendants Versant Media, LLC and Asylum Entertainment Group LLC d/b/a Pantheon Media Group have not yet been served nor has anyone appeared on Defendants' behalf.

60 Hudson Street, Suite 2203 • New York, New York 10013 •
212.226.5054• F 212.226.5085 • www.powleygibson.com

As such, Plaintiff respectfully requests that this Court grant this application to allow Plaintiff to file a corrected Complaint with the inadvertently omitted Exhibits A through L.

Respectfully submitted,

POWLEY & GIBSON, P.C.

By:   /s/ Rylan S. Brook
Robert L. Powley
New York State Bar No. 2467553
rlpowley@powleygibson.com
Thomas H. Curtin
New York State Bar No. 2122364
thcurtin@powleygibson.com
Rylan S. Brook
New York State Bar No. 5846480
rsbrook@powleygibson.com

60 Hudson Street, Suite 2203
New York, NY 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

*Attorneys for Plaintiff*
*CATFISH PICTURE COMPANY, LLC*

## **CERTIFICATE OF SERVICE**

On March 27, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the court.

/s/ *Rylan S. Brook*

Counsel for Plaintiff